UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

                         **Chapter 13**
                         **Case No.: 24-44925**

**Dean E. Masters &**                    **Judge: Hage**
**Suzette C. Masters**
   Debtor.
_____/

**NOTICE OF OBJECTION TO CLAIM OF**
**TOBALT LLC**
**PROOF OF CLAIM #5**

   Debtors, through counsel, have filed an objection to the claim of <u>Tobalt LLC.</u> in this bankruptcy case.

   **<u>Your claim may be reduced, modified, or denied.</u>** You should read these papers carefully and discuss them with your attorney, if you have one.

   If you do not want the court to deny or change your claim, then on or before <u>November 28, 2024</u> or your lawyer must:

1.    File with the court a written response to the objection, explaining your position at:

      United States Bankruptcy Court
      211 West Fort Street, Suite 2100
      Detroit, MI 48226

   If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

   You must also mail a copy to:

   HS&A, P.C.,70 W. Long Lake Rd., Suite 116, Troy, MI 48098;

   Trustee: David Wm. Ruskin, 26555 Evergreen Rd. Suite 1100, Southfield, MI 48076

2.    Attend the hearing on the objection, scheduled to be held on **December 5, 2024, 2024**, at **10:00 a.m.** in Courtroom <u>1925</u>, United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.

   **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Dated: October 30, 2024

                                                       <u>/s/ Marguerite Hammerschmidt</u>
                                                       Marguerite A. Hammerschmidt (P53908)
                                                       Timothy P. Stickradt (P57110)
                                                       Attorneys for Debtor
                                                       70 W. Long Lake Rd., Suite 116
                                                        Troy, MI 48098
                                                        (248) 988-8335

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

                                                                  Chapter 13
                                                                  Case No.: 24-44925

**Dean E. Masters &**                                           **Judge: Hage**
**Suzette C. Masters**
   Debtor.
_____/

**OBJECTION TO CLAIM OF**
**QUANTUM3 GROUP LLC as agent for GOODLEAP**
**PROOF OF CLAIM #20**

Now comes debtors through counsel and states:

1. Debtors filed for relief under Chapter 13 on May 17, 2024.

2. On July 10, 2024 Creditor, Toblat LLC, filed an secured proof of claim in the case on the property located at 13713 Lancaster Drive, Shelby Twp., MI 48315.

3. The proof of claim lists the amount of Claim as $185,000. A amount of default as $205,000. The proof of claim does not attach any payment history nor documentation or justification for the claim the entire mortgage is due and owing.

4. Further in question on the alleged "Mortgage and Security Agreement" attached as an exhibit to the Proof of Claim, the only signature is by Dean Masters, for 13713 Lancaster Drive LLC, a Michigan Limited Liability Company. The Court should note, Dean Masters is a Debtor in the within Chapter 13 Bankruptcy.

5. The alleged "Security Agreement" is signed by Dean Masters as the manger for 13713 Lancaster Drive, LLC and by the Debtors as Guarantors of the Loan.

6. Debtors have made payments on this mortgage for over three (3) years and the Proof of Claim does not reflect any payments made.

Wherefore, debtors request that the court deny the Proof of Claim of Tobalt, LLC.

Dated: October 30, 2024

/s/ Marguerite Hammerschmidt
Marguerite A. Hammerschmidt (P53908)
Timothy P. Stickradt (P57110)
Attorneys for Debtor
70 W. Long Lake Rd., Suite 116
Troy, MI 48098
(248) 988-8335

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**Dean E. Masters &**
**Suzette C. Masters**
   Debtor.
_____/

**Chapter 13**
**Case No.: 24-44925**
**Judge: Hage**

## PROOF OF SERVICE

On the 30th day of October, 2024, a copy of the **Notice of Objection to Claim, Objection to Proof of Claim** and this **Proof of Service** were mailed by first class service by placing in a United States Mailbox in the City of Royal Oak or by electronic transfer to the following:

U.S. Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226;

David Wm. Ruskin, 26555 Evergreen Rd. Suite 1100, Southfield, MI 48076

Tobalt LLC, C/O Paul Weinstock, 14500 Talbot, Oak Park, MI 48237

         /s/ Marguerite Hammerschmidt_____
Marguerite Hammerschmidt, employee of
HS&A, P.C.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

                         **Chapter 13**
                         **Case No.: 24-44925**

**Dean E. Masters &**                **Judge: Hage**
**Suzette C. Masters**
  Debtor.
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM OF
## TOBALT LLC
## PROOF OF CLAIM #5

     This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above-referenced creditor, service having been made with notice of hearing allowing a (33) day notice pursuant to Bankruptcy Rule 3007, a Notice of Objection having been served and a certificate of non-response having been filed with the court;

**NOW THEREFORE IT IS HEREBY ORDERED THAT;**
The objection to the Proof of Claim filed by the above-referenced creditor is hereby sustained. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

    **IT IS FURTHER ORDERED AS FOLLOWS: [Only provisions checked below apply]**

    [ X ]    Claim shall be disallowed

    [ ]    Claim shall be unsecured.

    [ ]    Claim shall be reduced to

    [ ]    Other: