UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**Dean E. Masters  &**
**Suzette C. Masters**
   Debtor.

_____/

**Chapter 13**
**Case No.:  24-44925**
**Judge: Hage**

### ORDER SUSTAINING OBJECTION TO CLAIM OF
### TOBALT LLC
### PROOF OF CLAIM #5

This matter having come on for hearing before the Court by way of the objection of the debtor to the allowance of the claim of the above-referenced creditor, service having been made with notice of hearing allowing a (33) day notice pursuant to Bankruptcy Rule 3007, a Notice of Objection having been served and a certificate of non-response having been filed with the court;

**NOW THEREFORE IT IS HEREBY ORDERED THAT;**
The objection to the Proof of Claim filed by the above-referenced creditor is hereby sustained.  To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

**IT IS FURTHER ORDERED AS FOLLOWS: [Only provisions checked below apply]**

[ X]    Claim shall be disallowed

[ ]    Claim shall be unsecured.

[ ]    Claim shall be reduced to

[ ]    Other:

**Signed on February 14, 2025**



/s/ Paul R. Hage
_____
**Paul R. Hage**
**United States Bankruptcy Judge**