```
Label Matrix for local noticing         Macomb County Treasuer                  American Profit Recovery
0645-2                                  Macomb County Treasuer                  Attn: Bankruptcy
Case 24-44925-prh                       One South Main Street                   34505 W 12 Mile Road #333
Eastern District of Michigan            2nd floor                               Farmington Hills, MI 48331-3288
Detroit                                 Mount Clemens, MI 48043-2352
Mon Feb 24 13:39:32 EST 2025

Bank of America, N.A.                   (p)CAINE & WEINER COMPANY               Capital One
PO Box 673033                           12005 FORD ROAD 300                     Attn: Bankruptcy
Dallas, TX 75267-3033                   DALLAS TX 75234-7262                    Po Box 30285
                                                                                Salt Lake City, UT 84130-0285


Capital One N.A.                        DTE ENERGY                              Huntington Bank
by AIS InfoSource LP as agent           ONE ENERGY PLAZA                        Attn: Bankruptcy
PO Box 71083                            WCB 735                                 41 S High St
Charlotte, NC  28272-1083               DETROIT, MI 48226-1221                  Columbus, OH 43215-3406


J.J. Marshall & Associates              (p)JEFFERSON CAPITAL SYSTEMS LLC        LVNV Funding, LLC
Attn: Bankruptcy                        PO BOX 7999                             Resurgent Capital Services
28820 Mound Road                        SAINT CLOUD MN 56302-7999               PO Box 10587
Warren, MI 48092-5510                                                           Greenville, SC 29603-0587


Lvnv Funding/Resurgent Capital          Macomb County Treasurer                 The Huntington National Bank
Attn: Bankruptcy                        One S. Main Street                      PO Box 89424
Po Box 10497                            2nd Floor                               OPC856
Greenville, SC 29603-0497               Mt. Clemens, MI 48043-2352              Cleveland OH 44101-6424


Tobalt LLC                              Transworld System Inc                   Uncle Warbucks
C/O Paul Weinstock                      Attn: Bankruptcy                        1329-D Arena Road, Lot 110
14500 Talbot                            Po Box 15618                            Kahnawake, Quebec J0L1B0
Oak Park, MI 48237-1193                 Wilmington, DE 19850-5618


David Wm Ruskin                         Dean E Masters                          Marguerite Hammerschmidt
26555 Evergreen Rd Ste 1100             13713 Lancaster Drive                   Hammerschmidt, Stickradt & Associates
Southfield, MI 48076-4251               Shelby Twp, MI 48315-3834               70 W. Long Lake Rd.
                                                                                Suite 116
                                                                                Troy, MI 48098-7103


Suzette C Masters
13713 Lancaster Drive
Shelby Twp, MI 48315-3834
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Caine & Weiner                          Jefferson Capital Systems, LLC          End of Label Matrix
Attn: Bankruptcy                        Po Box 7999                             Mailable recipients    21
5805 Sepulveda Blvd 4th Floor           St. Cloud, MN 56302-9617                Bypassed recipients     0
Sherman Oaks, CA 91411                                                          Total                  21
```