In re:

|  |  |
|---|---|
|  | **Chapter 13**<br>**Case No.: 24-44925** |
| **Dean E. Masters &** | **Judge: Hage** |
| **Suzette C. Masters** | |
| Debtor. | |

_____/

## STIPULATION RESOLVING TRUSTEE'S MOTION TO DISMISS

The undersigned parties agree to the entry of an Order Resolving Trustee's Motion to

Dismiss as evidenced by the attached exhibit A for the reason stated in the Order.

Office of the Chapter 13 Standing
Trustee, David Wm. Ruskin

| | |
|---|---|
| /s/ Christopher P Reilly | /s/Marguerite Hammerschmidt |
| David Wm. Ruskin (P26803), Trustee | Marguerite Hammerschmidt P53908 |
| Christopher P. Reilly (P54168), Staff Attorney | Attorney for Debtor(s) |
| Michelle M. Stephenson (P51653), Staff Attorney | 70 W. Long Lake Rd. Suite 116 |
| 26555 Evergreen Road, Suite 1100 | Troy, MI 48098 |
| Southfield, MI 48076-4251 | 248-988-8335 |
| (248) 352-7755 | |
| | |
| Date: 1/27/26 | Date: 1/22/26 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**Chapter 13**
**Case No.: 24-44925**

**Dean E. Masters &**                                    **Judge: Hage**
**Suzette C. Masters**
　Debtor.
_____/

## ORDER RESOLVING TRUSTEE'S MOTION TO DIMISS

　　This matter came before the Court on the filing of Trustee's Motion to Dismiss (ECF#52) and the Debtor's objections thereto (ECF#53). The parties have resolved the matter, and a stipulation has been entered at ECF#_____. The Court has reviewed the pertinent pleadings and is advised in the premises;

**IT IS ORDERED** that the Debtor's Chapter 13 Plan Payments shall increase to $630.00 per month as of January 29, 2026 and

　　IT IS FURTHERED ORDERED THAT In the event that debtor(s) fails(s) to make any future Chapter 13 plan payments, the Chapter 13 Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Chapter 13 Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearting, or notice.

　　**IT IS FURTHERED ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated April 9, 2025, as last amended, shall remain in full force and effect.

　　EXHIBIT A.